UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO. 3:19cr122-MCR

MICHAEL LEE PEEL,

    Defendant.
_____/

## ORDER

Pending is a Joint Motion Requesting a Restitution Order Be Entered, ECF No. 45. Defendant entered a guilty plea to all charges on January 28, 2020, and was sentenced to a term of 15 months of imprisonment on January 15, 2021. At sentencing, the Government requested an order of restitution consistent with amounts listed in the final Presentence Investigation Report ("PSR"), and the Defendant requested that the Court delay entering the order for a period of 90 days to provide him an opportunity to consult with counsel. The Court granted the request to defer entering restitution, and the 90-day period is now set to expire.

The Government and Defendant have now entered a Stipulation, ECF No. 45-1, by which the Defendant agrees to pay the restitution amounts and entities listed in the final PSR. Defendant has waived the right to a restitution hearing in writing and also waived the right to be present in open court when the restitution is entered.

The parties jointly request entry of an order, consistent with their Stipulation. Having fully reviewed the matter, the Court finds that the motion is due to be granted.

Accordingly, the Joint Motion Requesting a Restitution Order Be Entered, ECF No. 45, is **GRANTED**. Restitution is hereby **ORDERED** pursuant to 18 U.S.C. § 3663A in the total amount of $398,859.11, and consistent with the parties' Stipulation and the PSR (¶¶ 139-143), Defendant must make restitution to the following payees in the amounts listed below:

1. $360,690.72 to Gulf Winds Federal Credit Union, at 220 E. Nine Mile Rd, Pensacola, Florida 32534;

2. $13,746.84 to Pen Air Federal Credit Union, at Pen Air FCU – ATTN Risk Management, 1495 E 9 Mile Rd, Pensacola, Florida 32514;

3. $20,205.56 to Pace Financial; and

4. $4,197.99 to Flagship Credit Acceptance, at 1234 Lakeshore Drive, Suite 300, Coppell, Texas 75019.

The restitution amounts are immediately due and payable in full. The Court waives interest. The Clerk is directed to enter an amended judgment to reflect the

CASE NO. 3:19cr122-MCR

restitution ordered.

**DONE AND ORDERED** this 15th day of April 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

CASE NO. 3:19cr122-MCR